probation was terminated in 1997, the trial court ordered a new three-year period of probation, which was also terminated in 1998. Movant contends the trial court was limited to imposing five years of probation, and despite 1995 amendments to statutes governing probation, his subsequent sentence was unlawful and violated his constitutional rights. Affirmed. Rule 84.16(b).

**ORDER**

PER CURIAM.

Billy W. Campbell appeals from the motion court's denial of his Rule 29.15 motion.

Judgment affirmed. Rule 84.16(b).

LAURA DENVIR STITH, P.J., and SMART and HOWARD, JJ., concurring.

■

**Billy W. CAMPBELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58104.**

Missouri Court of Appeals, Western District.

March 13, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 2001.

Application for Transfer Denied June 26, 2001.

■

**STATE of Missouri, Respondent,**

v.

**Everett C. ULSHAFER, Appellant.**

**No. WD 58060.**

Missouri Court of Appeals, Western District.

March 13, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 2001.

Application for Transfer Denied June 26, 2001.

Tara L. Jensen, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and SMART and HOWARD, JJ.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for Respondent.

Before LAURA DENVIR STITH, P.J., and SMART and HOWARD, JJ.